IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TAMARA GUNTER AND BRYAN STURGEON, | § § § § | |
| Plaintiffs, | § § | No. 3:16-CV-01023-K |
| v. | § § | JURY DEMAND |
| STATE FARM FIRE AND CASUALTY COMPANY, | § § § | |
| Defendant. | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Tamara Gunter and Bryan Sturgeon and Defendant State Farm Fire and Casualty Company hereby stipulate to the voluntary dismissal with prejudice of this matter, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Therefore, Plaintiffs' claims against Defendant are hereby dismissed with prejudice, with each party to bear its own costs, if any.

SO STIPULATED, this the 28th day of September, 2017.

    Respectfully submitted,

    *s/Scott G. Hunziker\**
    SCOTT G. HUNZIKER
    State Bar No. 24032446
    The Voss Law Firm, P.C.
    The Voss Law Center
    26619 Interstate 45
    The Woodlands, Texas 77380
    Telephone: (713) 861-0015
    Facsimile:  (713) 861-0021
    Scott@vosslawfirm.com
    \*signed with permission

    **-And-**

*s/D. Bradley Dickinson\**
D. Bradley Dickinson
State Bar No. 05834200
Dickinson Bartlett, P.C.
4849 Greenville Ave. #1550
Dallas, Texas  75206
Telephone:  (214) 368-3055
Bradd@dblaws.com
*signed with permission
**COUNSEL FOR PLAINTIFFS**


 **- and-**



/s/ Rhonda J. Thompson
Rhonda J. Thompson, Attorney-in-Charge
State Bar No. 24029862
Shannon Beck
State Bar No. 24092102

Thompson Coe Cousins & Irons, LLP
700 N. Pearl Street
25th Floor
Dallas, Texas  75201
Telephone:  214.871.8200
Facsimile:  214.871.8209
rthompson@thompsoncoe.com
sbeck@thompsoncoe.com
**COUNSEL FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

This is to certify that on the 28th day of September, 2017, a true and correct copy of the foregoing was delivered to the following counsel of record by in accordance with local rules and Fed. R. Civ. P. 5(d):

| | |
|---|---|
| **Via Electronic Filing:** | **Via Electronic Filing:** |
| Bill L. Voss | Brad Dickinson |
| Scott G. Hunziker | Dickinson Bartlett PC |
| THE VOSS LAW FIRM, P.C. | 4849 Greenville Avenue, Suite 1550 |
| 26619 Interstate 45 South | Dallas, TX  75206 |
| The Woodlands, Texas 77380 | *Local Counsel for Plaintiffs* |
| Email: bill.voss@vosslawfirm.com | |
| scott@vosslawfirm.com | |
| *Counsel for Plaintiffs* | |

*/s/Rhonda J. Thompson*
Rhonda J. Thompson